IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HAIRL WILHELM,

        Plaintiff,                  1: 08 CV 01211 YNP GSA (PC)

   vs.                            ORDER RE MOTIONS (DOCS 9, 10)

KEN CLARK,

        Defendant.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). Pending before the Court Plaintiff's motions for the appointment of counsel and for a certificate of appealability.

    On March 23, 2009, this action was dismissed with prejudice for failure to state a claim upon which relief could be granted. On April 30, 2009, Plaintiff filed a motion for certificate of

1

1  appealability and a motion for the appointment of counsel.  On June 2, 2009, an order was
2  entered by the Ninth Circuit, dismissing Plaintiff's appeal for lack of jurisdiction.  This Court
3  received the mandate on July 27, 2009.  Plaintiff's motions are therefore moot.
4      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for the appointment of
5  counsel and for a certificate of appealability are denied as moot.

7    IT IS SO ORDERED.
8    Dated:   **October 13, 2009**              /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE